IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:20-CR-04034-RK |
| Plaintiff, | 18 U.S.C. § 922(g)(3) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| **TYRELL LORENZO RASHAWN MILLER**, | Class C Felony |
| [DOB: 11/14/1999] | |
| Defendant. | $100 Special Assessment (Each Count) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

User of a Controlled Substance in Possession of Firearms
18 U.S.C. § 922(g)(3)

On or about March 5, 2020, within Boone County, in the Western District of Missouri, the defendant, **TYRELL LORENZO RASHAWN MILLER**, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802(6), knowingly possessed, in and affecting commerce, a firearm, that is: a HS Produkt (IM Metal), model XDS, 9mm semi-automatic handgun, serial number S3757930, and ammunition; all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Jolly*
**Aaron M. Jolly**
Special Assistant United States Attorney
Missouri Bar No. 70155

Dated: 06/24/2020